# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>CLAYTON JOHN,<br><br>   Defendant. | 2:11-CR-252<br><br>ORDER FOR ISSUANCE OF<br>WRIT OF HABEAS CORPUS<br>AD PROSEQUENDUM FOR<br>CLAYTON JOHN |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefor,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **CLAYTON JOHN**, 01718208, before the United States Magistrate Judge at Las Vegas, Nevada, on or about ___ I/A & A/P Fri: 7/22/11   3:00 PM   LRL   3C ___, for Initial Appearance and Arraignment and Plea, and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: 12 JUL 11

Robert J Johnston
UNITED STATES MAGISTRATE JUDGE

DANIEL G. BOGDEN
United States Attorney
CRISTINA SILVA
Assistant United States Attorney
333 Las Vegas Blvd., S., Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-cr-252 |
| Plaintiff, | |
| vs. | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR CLAYTON JOHN |
| CLAYTON JOHN, | |
| Defendant. | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **CLAYTON JOHN**, 01718208, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that said Warden has consented to the temporary release of the said **CLAYTON JOHN** pursuant to a Writ of Habeas Corpus Ad Prosequendum so that the said **CLAYTON JOHN** may be present before the United States Magistrate Judge for the District of Nevada, at Las Vegas, Nevada, on___  I/A & A/P Fri: 7/22/11  3:00 PM  LRL  3C  ___, for Initial Appearance and Arraignment and Plea, and any further proceedings, and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **CLAYTON JOHN** before the United States Magistrate Judge on or about ___ I/A & A/P Fri: 7/22/11  3:00 PM  LRL  3C  ___, and any further proceedings and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

1 | WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad
2 | Prosequendum issue out of this Court, directed to the Warden, Clark County Detention
3 | Center and to the United States Marshal for the District of Nevada, commanding them to
4 | produce the said **CLAYTON JOHN** before the United States District Court on or about ___
  | I/A & A/P Fri: 7/22/11
5 | _____ 3:00 PM  LRL  3C  _____, and from time to time and day to day thereafter, at
6 | such times and places as may be ordered and directed by the Court entitled above, to
7 | appear before the Court, and when excused by the said Court, to be returned to the custody
8 | of the Warden, Clark County Detention Center, Las Vegas, Nevada.
9 | **DATED** this __12__ day of July 2011.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

_____
CRISTINA SILVA
Assistant United States Attorney

2