1
2
3
4
5
6 **UNITED STATES DISTRICT COURT**

7 **DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA,  )
                              )
9            Plaintiff,       )
                              )
10     v.                     )        2:11-CR-252-GMN (GWF)
                              )
11  CLAYTON JOHN,             )
                              )
12 _____ Defendant. )

13 **PRELIMINARY ORDER OF FORFEITURE**

14      This Court finds that on January 3, 2012, defendant CLAYTON JOHN pled guilty to Count

15 One of a Two-Count Criminal Indictment charging him in Count One with Possession of a Firearm

16 by a Convicted Felon in violation of Title 18, United States Code, Section 922(g)(1). Docket #1.

17      This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of

18 America has shown the requisite nexus between the property set forth in the Forfeiture Allegation

19 of the Criminal Indictment and agreed to in the Plea Memorandum and the offense to which

20 defendant CLAYTON JOHN pled guilty. #1.

21      The following assets are subject to forfeiture pursuant to Title 18, United States Code,

22 Sections 924(d)(1) and Title 28, United States Code, Section 2461(c):

23           a.     a Harrington & Richardson Sportsman nine shot revolver, with a shortened

24           barrel measuring approximately 1 3/4", with #S12 on the side, and an unknown serial

25           number; and

26           b.     any and all ammunition ("property").

1       This Court finds the United States of America is now entitled to, and should, reduce the

2  aforementioned property to the possession of the United States of America.

3       NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

4  United States of America should seize the aforementioned property.

5       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

6  CLAYTON JOHN in the aforementioned property is forfeited and is vested in the United States of

7  America and shall be safely held by the United States of America until further order of the Court.

8       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

9  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

10  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

11  the time under the applicable statute when a petition contesting the forfeiture must be filed, and state

12  the name and contact information for the government attorney to be served with the petition,

13  pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

14       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be

15  filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

16       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

17  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

18  following address at the time of filing:

19          Michael A. Humphreys
              Assistant United States Attorney

20          Daniel D. Hollingsworth
              Assistant United States Attorney

21          Lloyd D. George United States Courthouse
              333 Las Vegas Boulevard South, Suite 5000

22          Las Vegas, Nevada 89101.

23  . . .

24  . . .

25  . . .

26

1       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

2   need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

3   following publication of notice of seizure and intent to administratively forfeit the above-described

4   property.

5       **DATED** this 4th day of January, 2012.

6

7   _____

8   Gloria M. Navarro
    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26